UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OLU-SOLO LEON,

          Plaintiff,

- against -

WARDEN CAMERON LINDSAY;
MR. CAMPOS, Medical Director;
MR. GOLDSTEIN, Physician's Assistant;
and PHYSICIAN'S ASSISTANT JOHN DOE,

          Defendants.
-------------------------------------------------------X

**ORDER**
08 CV 4940 (RJD)(LB)

**BLOOM, United States Magistrate Judge:**

    The Court held a pretrial telephonic conference in this case on March 16, 2010 pursuant to Fed. R. Civ. P. 16. The Court grants plaintiff permission to amend his complaint by April 9, 2010 pursuant to Rule 15(a), Fed. R. Civ. P., without moving to amend. The Court advises plaintiff that an amended complaint completely replaces the previous complaint. "[A] pleading that has been amended under Rule 15(a) [of the Federal Rules of Civil Procedure] supercedes the pleading it modifies . . . Once an amended pleading is interposed, the original pleading no longer performs any function in the case." 6 Charles A. Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure (2d Ed. 1990). Therefore, plaintiff must include in his amended complaint *all* of the claims against all defendants that he wishes to pursue in this action. Once plaintiff files his amended complaint, the Court will direct service on the new defendants.

SO ORDERED.

                                             LOIS BLOOM
                                             United States Magistrate Judge

Dated: March 17, 2010
       Brooklyn, New York

1